[No. 33524-1-III.   Division Three.   June 16, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH FITZGERALD MANDOLI, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 13-1-00541-8, Ted W. Small, J., entered May 28, 2015. *Affirmed in part* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 72512-2-I.   Division One.   June 20, 2016.]

THOMAS MCLAREN, *Appellant*, v. THE DEPARTMENT OF NATURAL RESOURCES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-15217-5, Barbara Linde, J., entered August 19, 2014. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Cox and Leach, JJ.

[No. 73132-7-I.   Division One.   June 20, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. EDILBERTO GUZMAN-MORALES, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 13-1-00699-8, Charles R. Snyder, J., entered January 29, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Dwyer, JJ.

[No. 73154-8-I.   Division One.   June 20, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. D'ANGELO CORDAY BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-13816-2, Laura Gene Middaugh, J., entered January 9, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Cox, JJ.